**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:      Ex parte Alan Nelson Crotts

Appellate case number:   01-18-00666-CR

Trial court case number:  13-CCR-165781

Trial court:                    County Court at Law No. 3 of Fort Bend County

Date motion filed:          December 2, 2019

Party filing motion:        Appellant


Appellant has filed a "Motion to Modify Judgment," which we construe as a motion for rehearing. It is ordered that the motion for rehearing is **denied**.


Judge's signature: ___/s/ Julie Countiss___
                         Acting for the Court

Panel consists of: Justices Kelly, Hightower, and Countiss.

Date: ___December 12, 2019___